UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

STATE OF LOUISIANA

| | |
|---|---|
| BOBBY BERCEY and ADA BERCEY<br><br>*Plaintiffs*<br><br>versus<br><br>OCEAN HARBOR CASUALTY INSURANCE COMPANY<br><br>*Defendant* | CIVIL ACTION<br>NO. 2:22-CV-02205-JCZ-KWR<br><br>DISTRICT JUDGE<br>HON. JAY C. ZAINEY<br><br>MAGISTRATE JUDGE<br>HON. KAREN WELLS ROBY |

### **ORDER**

Considering the foregoing Joint Motion to Dismiss by Plaintiffs, Bobby Bercey and Ada Bercey, and Defendant, Ocean Harbor Casualty Insurance Company;

**IT IS ORDERED, ADJUDGED and DECREED** that the Motion is **GRANTED**, and all claims of Plaintiffs, Bobby Bercey and Ada Bercey, are hereby dismissed with prejudice, with each party to bear their own fees and court costs.

New Orleans, Louisiana, this __23rd__ day of __March__ 2023.

_____
HON. JAY C. ZAINEY
JUDGE, UNITED STATES DISTRICT COURT